# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00584-CV

**Nancy S. Garrison, Trustee of the Nancy S. Garrison GST Trust and LED-LINC, LLC, Appellants**

**v.**

**Austin Renaissance Limited, Appellee**

---

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-001607, THE HONORABLE DON R. BURGESS, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellants Nancy S. Garrison, Trustee of the Nancy S. Garrison GST Trust and LED-LINC, LLC have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed on Appellants' Motion

Filed: January 17, 2025